# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ENZO LIFE SCIENCES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-894-LPS-CJB |
| HOLOGIC, INC., | ) ) ) | |
| Defendant. | ) ) | |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of the following attorneys to represent the Defendant, **Hologic, Inc.**, in this matter:

>Matthew M. Wolf
>**ARNOLD & PORTER LLP**
>555 Twelfth Street, NW
>Washington, DC 20004-1206
>Telephone: (202) 942-5000
>E-mail: matthew.wolf@aporter.com
>
>Jennifer A. Sklenar
>Wallace Wu
>Masanori Koresawa
>**ARNOLD & PORTER LLP**
>777 South Figueroa Street, 44th Floor
>Los Angeles, CA 90017-5844
>Telephone: (202) 243-4000
>E-mail: jennifer.sklenar@aporter.com
>E-mail: marty.koresawa@aporter.com
>E-mail: wallace.wu@aporter.com

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney has been paid or will be submitted to the Clerk's Office upon the filing of this motion.

|                              | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
|---|---|
|                              | */s/ Karen L. Pascale* |
| DATED: November 23, 2016     | _____ |
|                              | Karen L. Pascale (#2903) |
|                              | Pilar G. Kraman (#5199) |
|                              | Rodney Square |
|                              | 1000 North King Street |
|                              | Wilmington, Delaware 19801 |
|                              | (302) 571-6600 |
|                              | kpascale@ycst.com |
|                              | pkraman@ycst.com |
|                              | *Attorneys for Defendant, Hologic, Inc.* |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admissions *pro hac vice* of

Matthew M. Wolf , Jennifer A. Sklenar, Wallace Wu, and Masanori Koresawa is GRANTED.

Date: _____ _____, 2016

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective 09/01/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion

Dated: November 10, 2016

Matthew M. Wolf
**ARNOLD & PORTER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-5000
E-mail: matthew.wolf@aporter.com

Enzo v. Hologic

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of California and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective 09/01/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion

Dated: November 23, 2016

/s/ Jennifer A. Sklenar
Jennifer A. Sklenar
**ARNOLD & PORTER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (202) 243-4000
E-mail: jennifer.sklenar@aporter.com

01:21255037.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective 09/01/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion

Dated: November 21, 2016

_____
Wallace Wu
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (202) 243-4000
E-mail: wallace.wu@aporter.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective 09/01/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion

Dated: November __, 2016

Masanori Koresawa
**ARNOLD & PORTER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
E-mail: marty.koresawa@aporter.com

**CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on November 23, 2016, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record in the manner indicated:

*<u>By E-Mail</u>*

Brian E. Farnan [bfarnan@farnanlaw.com]
Michael J. Farnan [mfarnan@farnanlaw.com]
**FARNAN LLP**
919 North Market Street
12th Floor
Wilmington, DE  19801

enzoservice@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169

*Attorneys for Plaintiff Enzo Life Sciences, Inc.*

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903) [kpascale@ycst.com]
Pilar G. Kraman (#5199) [pkraman@ycst.com]
Rodney Square
1000 North King Street
Wilmington, DE 19899-0391
Telephone:  302-571-6600

*Attorneys for Defendant Hologic, Inc.*