IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZO LIFE SCIENCES, INC.<br><br>　　Plaintiff,<br><br>　　v.<br><br>HOLOGIC, INC., GRIFOLS DIAGNOSTIC SOLUTIONS INC., and GRIFOLS, S.A.<br><br>　　Defendants. | Civil Action No. 16-cv-894-LPS |

## FINAL JUDGMENT IN A CIVIL CASE

In view of the parties' Joint Stipulation of Noninfringement (the "Stipulation"), and in order to permit appellate review of this Court's constructions of certain claim terms in the patent-in-suit,

IT IS HEREBY ORDERED AND ADJUDGED that:

1. The Stipulation is, in all things, adopted.

2. On Count I of the Amended Complaint (D.I. 28-1) alleging infringement against all defendants of U.S. Patent No. 6,221,581 ("the '581 Patent"), judgment of no infringement of claims 123, 155, 156, 157 and 158 of the '581 Patent is granted in favor of the Defendants Hologic, Inc., Grifols Diagnostic Solutions Inc., and Grifols, S.A. and against Plaintiff Enzo Life Sciences, Inc..

3. All of the unadjudicated affirmative defenses and counterclaims in the Answer and Counterclaims of Defendant Hologic, Inc. to Enzo's Amended Complaint (D.I. 46), in the Answer and Counterclaims of Defendant Grifols Diagnostic Solutions, Inc. to Enzo's

Amended Complaint (D.I. 47), and in the Answer and Counterclaims of Defendant Grifols S.A. to Enzo's Amended Complaint (D.I. 176) are hereby dismissed without prejudice as moot, and defendants shall have the right to reassert any or all of such affirmative defenses and counterclaims, for example in the event of a remand to this Court following appeal of this final judgment.

4.   The Court seeing no just reason for delay, the foregoing shall constitute the final judgment of this Court.

_____
UNITED STATES DISTRICT JUDGE

11/5/2018